# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | |
|---|---|
| **CONGHUA YAN,**<br><br>**Plaintiff-Appellant**<br><br>**v.**<br><br>**The State Bar of Texas; Leslie Starr Barrows; Lori L. DeAngelis in her official capacity as associate judge, Tarrant County, and in her private capacity; The Barrows Firm; Samantha Ybarra; Daniel Eulalio Martinez in his official capacity as counsel, and in his private capacity; Luis Jesus Marin in his official capacity as counsel, and in his private capacity; Rachel Ann Craig in her official capacity as counsel, and in her private capacity; Tarrant County; U.S. Bank; William Albert Pigg,**<br><br>**Defendants-Appellees** | **4:23-CV-00758-P-BJ**<br>CASE NUMBER<br><br>**MARK TIMOTHY PITTMAN**<br>JUDGE |

## NOTICE OF APPEAL

Notice is hereby given that Appellant Conghua Yan appeals to the United States Court of Appeals for the Fifth Circuit from the Order [ECF No. 153] denial of motion to alter judgement signed and entered in this action on May 21, 2024, and from all adverse judgements, orders, rulings, decisions, conclusions, or findings preceding, leading to or included within the Order and the final Judgment [ECF No. 149].

Date        JUNE 12 2024

Attorney/Pro Se Litigant Signature    *Conghua Yan*

Print Name        Conghua Yan

Address        2140 E Southlake Blvd, Suite L-439

City, State, Zip    Southlake, Texas 76092

Telephone        2142281886