# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 06, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10543   Yan v. State Bar of Texas  
                  USDC No. 4:23-CV-758

The court has granted in part an extension of time, to and including September 11, 2024, for filing appellant's brief in this case.

The court has also granted in part the filing of an oversized brief, but not to exceed 19,000 words.

Please be advised that the request for jurisdictional determination is unnecessary as a preliminary review has already been completed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Mary Frances Yeager, Deputy Clerk  
504-310-7686

Ms. Caroline Cyrier  
Mr. Michael G. Graham  
Mr. Melissa Hill  
Mr. Tyler James Hill  
Mr. Jon-William Nathaniel James  
Mr. Roland K. Johnson  
Ms. Amanda Marie Kates  
Mr. Royce A. Lemoine  
Mr. Melvin Keith Ogle  
Mr. William A. Pigg  
Mr. Conghua Yan