# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

August 30, 2024

Ms. Caroline Cyrier
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102

Mr. Michael G. Graham
State Bar of Texas
Office of Chief Disciplinary Counsel
P.O. Box 12487
Austin, TX 78711

Mr. Melissa Hill
Morgan Lewis & Bockius, L.L.P.
101 Park Avenue
New York, NY 10178-0060

Mr. Tyler James Hill
Morgan, Lewis & Bockius, L.L.P.
1717 Main Street
Suite 3200
Dallas, TX 75201-7347

Mr. Jon-William Nathaniel James
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102

Mr. Roland K. Johnson
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102

Ms. Amanda Marie Kates
State Bar of Texas
Office of the Chief Disciplinary Counsel
1414 Colorado
Austin, TX 78701

Mr. Royce A. Lemoine
State Bar of Texas
1414 Colorado Street
Austin, TX 78701

Mr. Melvin Keith Ogle
District Attorney's Office
for the County of Tarrant
401 W. Belknap Street
9th Floor
Fort Worth, TX 76102-0000

Mr. William A. Pigg
10455 N. Central Expressway
Suite 109
Dallas, TX 75231

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

     No. 24-10543   Yan v. State Bar of Texas
                       USDC No. 4:23-CV-758

Dear Ms. Cyrier, Mr. Graham, Mr. Hill, Mr. Hill, Mr. James, Mr. Johnson, Ms. Kates, Mr. Lemoine, Mr. Ogle, Mr. Pigg, and Mr. Yan,

Attached is a revised case caption, which should be used on all future filings in this case.

                                            Sincerely,

                                            LYLE W. CAYCE, Clerk

                                            By: _____
                                            Christina A. Gardner, Deputy Clerk
                                            504-310-7684

Case No. 24-10543

Conghua Yan,

        Plaintiff - Appellant

v.

The State Bar of Texas, a private company; The Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Associated Judge; U.S. Bank,

        Defendants - Appellees