# Case No. 24-10543

## *IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT*

Conghua Yan,

    *Plaintiff - Appellant*

v.

State Bar of Texas, a private company; Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Assistant Judge; U.S. Bank,

    *Defendants - Appellees*

On Appeal from the United States District Court for the

Northern District of Texas, Fort Worth Division

Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

# APPELLANT'S FIRST AMENDED UNOPPOSED SECOND MOTION TO EXTEND BRIEFING DEADLINE

Coming now, pursuant to Federal Rules of Appellate Procedure 26 and 27 and local rules, Appellant Conghua Yan ("Yan" or "Appellant") hereby **requests** a 26-day extension of time to file the Opening Brief, currently due on September 11 2024, to and including October 7, 2024. This is Yan's first amended on second noticed motion for an extension.

Appellees the State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig; William Albert Pigg; Lori L. Deangelis; Barrows Firm; Leslie Starr Barrows; Samantha Ybarra graciously unopposed the extension.

Appellee U.S. Bank graciously unopposed the extension on the ground of Yan files his brief exactly on the day of October 7, 2024 and Yan commits to consent U.S. Bank's future request to extend 21 days to file their response. Yan agreed.

Good Cause for the Extension

This extension is necessary and justified for two reasons:

This appeal involves five motions to dismiss and one answer from 10 parties, presenting a uniquely complex legal issue. Many of the issues are matters of first impression, requiring significant legal research, and Yan requires sufficient time to complete his research and avoid unnecessary use of this Court's resources. Accordingly, he recently dismissed Tarrant County after conducting legal research.

Second, and relatedly, Yan began his first pro se journey in 2023 with no prior legal experience. As a first-generation immigrant with no U.S. degree and English as his second language, he did not speak English until his late 20s. Additionally, Yan has a full-time job and can only work on his brief in the evenings or on weekends. This Court had graciously granted exceeded size, which also increase the workload.

Yan respectfully requests a 26-day extension to file his Opening Brief, up to and including October 7, 2024. He has carefully assessed his capacity and believes no additional time will be needed.

## CONCLUSION

Yan prays this Court to grant his requested relief for extension for this appeal.

Respectfully submitted,

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

*28 U.S.C. § 1746*

My name is Conghua Yan. I am over the age of 18, and I am fully competent to execute this unsworn declaration. I am the movant in this Motion. I am the pro se litigant filing the Motion.

If executed within the United States: "I declare (or certify, verify, or state) under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on September 5, 2024.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff

# CERTIFICATE OF CONFERENCE

On September 4, 2024, Yan conferred with all Appellees.

 Appellees the State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig; William Albert Pigg; Lori L. Deangelis; Barrows Firm; Leslie Starr Barrows; Samantha Ybarra graciously unopposed the extension.

 Appellee U.S. Bank graciously unopposed the extension on the ground of Yan files his brief exactly on the day of October 7, 2024 and Yan commits to consent U.S. Bank's future request to extend 21 days to file their response. Yan agreed.

/s/ Conghua Yan<br>
Conghua Yan, Pro Se Plaintiff<br>
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]<br>
[214-228-1886] [arnold200@gmail.com]

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on September 5, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

July 26, 2024
