# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

October 16, 2024

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

    No. 24-10543    Yan v. State Bar of Texas
                  USDC No. 4:23-CV-758

Dear Mr. Yan,

Your Addendum to the Brief of Appellant is filed. It requires the following corrections within 10 days of the date of this letter:

    Certificate of service is required.

    The only attachments allowed to appear in an addendum without leave of court are statutes, rules, regulations, etc. See Fed. R. App. P. 28(f).

Once you have prepared your sufficient addendum, you must email it to: pro_se@ca5.uscourts.gov for review. If the addendum is in compliance, you will receive a notice of docket activity advising you that the sufficient addendum has been filed.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Mary Frances Yeager, Deputy Clerk
                          504-310-7686

cc:  Ms. Caroline Cyrier
     Mr. Michael G. Graham
     Mr. Melissa Hill
     Mr. Tyler James Hill
     Mr. David Keith Hudson

Mr. Jon-William Nathaniel James
Mr. Roland K. Johnson
Ms. Amanda Marie Kates
Mr. Royce A. Lemoine
Mr. William A. Pigg