Case No. 24-10543

_____

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
_____

Conghua Yan,

                            Plaintiff - Appellant

v.

The State Bar of Texas, a private company; The Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Associated Judge;
U.S. Bank,

                            Defendants - Appellees

_____

**Appeal from the United States District Court
for the Northern District of Texas
Civil Action No. 4:23-CV-00758-P-BJ**

_____

**APPELLEES THE BARROWS FIRM, LESLIE STARR BARROWS, AND SAMANTHA YBARRA'S RESPONSE TO APPELLANT'S MOTION TO REQUEST SUPPLEMENTAL RELIEF**

_____

**TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT:**

Appellees The Barrows Firm ("Barrows Firm"), Leslie Starr Barrows ("Barrows"), and Samantha Ybarra ("Ybarra") file this Response to Appellant's Motion to Request Supplemental Relief and state:

In Appellant's October 14, 2024, Motion to Request Supplemental Relief (the "Motion"), Appellant requests "that this case be reassigned to a different district judge outside the State of Texas upon remand." Dkt. 54. Alternatively, Appellant requests that the Court treat the Motion as a request to amend the opening brief by inclusion of the additional request for relief. Dkt. 54. Because neither the Motion nor the opening brief contain any argument or authority supporting Appellant's claimed entitlement to the extraordinary remedy of reassignment, the Motion should be denied.

To the extent Appellant seeks the relief of reassignment upon remand by way of motion practice, the Motion should be denied for the reasons set forth in Defendant-Appellee Lori L. DeAngelis's Response to the Motion. *See* Dkt. 56. The Court's power to order reassignment in the event of a remand is an "extraordinary" one that is rarely invoked. *M.D. by Stukenberg v. Abbott*, No. 24-40248, 2024 WL 4471977, at *8 (5th Cir. Oct. 11, 2024). Appellant does not argue, much less attempt to show by references to the record, that the district court ever expressed any "inappropriate views," "bad faith," or "high degree of antagonism" relevant to

determining whether an objective observer might reasonably question the judge's impartiality. Id. at *9. The Motion is wholly devoid of any argument, legal authority, or record references supporting the request for reassignment here. Fed. R. App. Proc. 27(a)(2) ("A motion must state with particularity the grounds for the motion, the relief sought, and the legal argument necessary to support it.").

Additionally, Appellant's alternative request to supplement his opening brief by inclusion of the additional request for relief should be denied because the opening brief is likewise devoid of any argument or authority in support of the request for reassignment in the event of remand. Rule 28 of the Federal Rules of Appellate Procedure requires that "the appellant's argument contain the reasons he deserves the requested relief 'with citations to the authorities, statute and parts of the record relied on.'" *Judy Chou Chiung-Yu Wang v. Prudential Ins. Co. of Am.*, 439 Fed. Appx. 359, 363 (5th Cir. 2011) (citing Fed. R. Civ. P. 28; *Yohey v. Collins*, 985 F.2d 222, 225 (5th Cir. 1993)). This rule applies equally to appellants proceeding pro se. *Id.* Thus, the inclusion of an additional request for relief, unsupported by argument, authority, or references to the record, would be futile.

In the event the Court treats the Motion as an amendment to Appellant's opening brief, Appellees Barrows Firm, Barrows, and Ybarra will address the non-meritorious nature of the request for reassignment in their forthcoming Appellees' brief.

## PRAYER FOR RELIEF

Appellees Barrows Firm, Barrows, and Ybarra respectfully request that the Court deny Appellant's Motion for Supplemental Relief (Dkt. 54) and, upon submission of this case, affirm the District Court's Final Judgment dismissing Appellant's claims against them.

Dated: October 24, 2024	Respectfully submitted,

    */s/ J. Nathaniel James*
J. Nathaniel James
State Bar No. 24078730
njames@hfblaw.com
Roland K. Johnson
State Bar No. 00000084
rolandjohnson@hfblaw.com
Caroline M. Cyrier
State Bar No. 24097558
ccyrier@hfblaw.com
**Harris, Finley & Bogle, P.C.**
777 Main Street, Suite 1800
Fort Worth, Texas 76102
Telephone:  817-870-8700
Facsimile:   817-332-6121

**ATTORNEYS FOR DEFENDANTS SAMANTHA YBARRA, LESLIE STARR BARROWS, AND THE BARROWS FIRM**

## **CERTIFICATE OF COMPLIANCE**

The undersigned counsel certifies this response complies with the type-volume limitations of Fed. R. App. P. 27 because the response contains 500 words as computed by the word-processing system used to prepare this response.

This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the typestyle requirements of Fed. R. App. P. 32(a)(6) because this response was prepared in proportionally spaced typeface using Microsoft Word for Microsoft 365 MSO in 14-point Times New Roman typeface (other than any footnotes, which are in 12-point Times New Roman typeface).

Dated: October 24, 2024    */s/ J. Nathaniel James*
                J. Nathaniel James

## CERTIFICATE OF SERVICE

The undersigned certifies that, on this 24th day of October 2024, a true and correct copy of the foregoing instrument has been served on all parties and counsel of record in compliance with the Fed. R. App. P. 25 (b) and (c) and presented to the Clerk of the Court via the Court's electronic-filing system and to:

Conghua Yan  *Via U.S. Mail and email*
2140 E. Southlake Blvd, Suite L-439
Southlake, Texas 76092
Arnold200@gmail.com

Pro Se Appellant


Dated: October 24, 2024  */s/ J. Nathaniel James*
J. Nathaniel James

1449652.2