# Case No. 24-10543

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Conghua Yan,

    *Plaintiff - Appellant*

v.

State Bar of Texas, a private company; Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Assistant Judge; U.S. Bank,

    *Defendants - Appellees*

On Appeal from the United States District Court for the

Northern District of Texas, Fort Worth Division

Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

# APPELLANT'S UNOPPOSED MOTION TO FILE A SINGLE JOINT REPLY BRIEF, TO EXCEED SIZE

Coming now, pursuant to Federal Rules of Appellate Procedure 26, 27, 28, and 31, and applicable local rules, Appellant Conghua Yan ("Yan" or "Appellant") hereby files a motion to file a single joint reply brief, to exceed size, requesting permission to file a single joint Reply Brief with an extended word limit and a due date set for 21 days after service of the last appellee's brief. This is Yan's first noticed motion to file a single joint reply brief, to exceed size for such relief.

Appellees the State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig; William Albert Pigg; Lori L. Deangelis; Barrows Firm; Leslie Starr Barrows; Samantha Ybarra; U.S. Bank graciously unopposed this motion.

<u>Good Cause for the Extension</u>

This request is necessary and justified for good cause:

This appeal involves five motions to dismiss and one answer from 10 parties, presenting a uniquely complex legal issue.

As of today, the State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig; and Lori L. Deangelis have filed two appellees' briefs. The Barrows Firm; Leslie Starr Barrows; Samantha Ybarra; and U.S. Bank have requested extensions. William Albert Pigg has not responded.

Rule 31 of the Federal Rules of Appellate Procedure allows Yan to file a reply brief within 21 days after the service of the appellee's brief, and Rule 32(a)(7)(B) limits the type-volume to 6,500 words.

Instead of submitting a **separate** reply brief of 6,500 words for each party, which could lead to repetitive arguments, Yan respectfully requests permission to file a **single joint** reply brief. This brief would have a maximum word limit of 19,000 words and would be submitted within 21 days after the last party's appellee brief is filed. Although some parties have not yet filed their appellee briefs, this request represents Yan's best estimation in good faith.

To reduce redundancy and improve judicial efficiency, all appellees have consented to Yan's proposal.

## CONCLUSION

Yan prays this Court to grant his requested reliefs.

Respectfully submitted,

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

## CERTIFICATE OF CONFERENCE

On November 11, 2024, Yan conferred with all Appellees.

Appellees the State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig; William Albert Pigg; Lori L. Deangelis; Barrows Firm; Leslie Starr Barrows; Samantha Ybarra; U.S. Bank graciously unopposed the motion.

/s/ Conghua Yan  
Conghua Yan, Pro Se Plaintiff  
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]  
[214-228-1886] [arnold200@gmail.com]

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on November 11, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

November 11, 2024

# CERTIFICATE OF COMPLIANCE

I certify that the foregoing document complies with the type-volume limitation of Fed. R. App. P. 27(d)(2) because:

- this document contains 314 words and 30 lines.

This document also complies with the typeface and type requirements of Fed. R. App. P. 27(d)(1):

- this brief has been prepared in a proportionally spaced typeface using Microsoft Office 2016 Word with a 14-point font named Times New Roman.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]
November 11, 2024
