# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

November 22, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-10543   Yan v. State Bar of Texas  
                    USDC No. 4:23-CV-758

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Lisa E. Ferrara, Deputy Clerk  
504-310-7675

Ms. Caroline Cyrier  
Mr. Michael G. Graham  
Ms. Melissa D. Hill  
Mr. Tyler James Hill  
Mr. David Keith Hudson  
Mr. Jon-William Nathaniel James  
Mr. Roland K. Johnson  
Ms. Amanda Marie Kates  
Mr. Royce A. Lemoine  
Mr. William A. Pigg  
Mr. Conghua Yan