United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 22, 2024
Lyle W. Cayce
Clerk

No. 24-10543

CONGHUA YAN,

                                          *Plaintiff—Appellant*,

versus

THE STATE BAR OF TEXAS, *a private company*; THE BARROWS FIRM, *a private company*; LESLIE STARR BARROWS, *in Individual Capacity, as Member of the State Bar of Texas*; WILLIAM ALBERT PIGG, *in Individual Capacity, as Member of the State of Texas*; SAMANTHA YBARRA, *in Individual Capacity, as Member of the State Bar of Texas*; LUIS JESUS MARIN, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; DANIEL EULALIO MARTINEZ, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; RACHEL ANN CRAIG, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; LORI L. DEANGELIS, *in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Associated Judge*; U.S. BANK,

                                          *Defendants—Appellees*.

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

_____

ORDER:

IT IS ORDERED that Appellant's unopposed motion to file a reply brief in excess word count, not to exceed 19,000 words, is GRANTED.

*Leslie H. Southwick*
_____
Leslie H. Southwick
*United States Circuit Judge*