# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Conghua Yan,

*Plaintiff - Appellant*

v.

State Bar of Texas, a private company; Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Assistant Judge; U.S. Bank,

*Defendants - Appellees*

On Appeal from the United States District Court for the Northern District of Texas, Fort Worth Division
Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

## APPELLANT'S UNOPPOSED MOTION TO EXTEND REPLY BRIEFING DEADLINE

Coming now, pursuant to Federal Rules of Appellate Procedure 26 and 27 and local rules, Appellant Conghua Yan ("Yan" or "Appellant") hereby **requests** a 12-day extension of time to file the Reply Brief, currently due on December 18, 2024, to and including December 30, 2024. This is Yan's **first** noticed motion for a reply brief filing extension.

All Appellees graciously unopposed this request.

## Procedural History

Appellee U.S Bank served latest filing on November 27, 2024. On November 22, 2024, all Appellees and this Court graciously granted Appellant to file Reply Brief with exceeded size of 19,000 words. The original due date for filing Reply Brife is December 18, 2024.

## Good Cause for the Extension

This extension is necessary and justified for following reasons:

1. **Complexity of the Reply Brief**: The Reply Brief is approximately three times the size of a regular brief, requiring significantly more time to prepare. Yan cited over 120 case laws in the Opening Brief, none of which have been challenged by the Appellees regarding their authenticity. This demonstrates Yan's

diligence and commitment to using verified legal authorities, avoiding artificial or fake case laws. Producing high-quality work requires sufficient time.

2. **Pro Se Status and Time Constraints**: Yan is a pro se party with a full-time job and can only prepare the brief during evenings and weekends. Despite these constraints, Yan remains committed to delivering the same high-quality work in his Reply Brief as demonstrated in the Opening Brief. Quality work demands quality time.

3. **Other Ongoing Legal Commitments**: Yan is currently handling multiple federal cases as a pro se litigant. These cases, including but not limited to an isolated RICO case [1] alleging cash money laundering exceeding $100,000 (pending in the Northern District of Texas), and a docked petition for certiorari[2] to the U.S. Supreme Court (response due on December 18, 2024), demand considerable time and attention, further limiting Yan's availability to work on this Reply Brief.

For these reasons, Yan respectfully requests that this Court extend the deadline for filing the Reply Brief by 12 days, to and including December 30, 2024. Yan anticipates filing the brief before this extended deadline.

---

[1] 4-24-cv-00579
[2] https://www.supremecourt.gov/search.aspx?filename=/docket/docketfiles/html/public/24-554.html

## CONCLUSION

Yan prays this Court to grant his requested reliefs for extension.


Respectfully submitted,


/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

*28 U.S.C. § 1746*

My name is Conghua Yan. I am over the age of 18, and I am fully competent to execute this unsworn declaration. I am the movant in this Motion. I am the pro se litigant filing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 13, 2024.

/s/ Conghua Yan  
Conghua Yan, Pro Se Plaintiff

## CERTIFICATE OF CONFERENCE

On December 12, 2024, Yan conferred with all Appellees. All Appellees graciously unopposed above request.

                                                                      /s/ Conghua Yan
                                                                     Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
                                                        [214-228-1886] [arnold200@gmail.com]

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on December 13, 2024, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan  
Conghua Yan, Pro Se Plaintiff  
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]  
[214-228-1886] [arnold200@gmail.com]  
July 26, 2024