# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

December 17, 2024

Mr. Conghua Yan
2140 E. Southlake Boulevard
Suite L-439
Southlake, TX 76092

      No. 24-10543   Yan v. State Bar of Texas
                          USDC No. 4:23-CV-758

Dear Mr. Yan,

We received your motion for extension of time to file reply brief. This request is premature as we are still awaiting the filing of a brief from the Appellee William Albert Pigg (due on November 6, 2024). Therefore, we are taking no action on this motion.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 By: _____
                                 Mary Frances Yeager, Deputy Clerk
                                 504-310-7686

cc:  Ms. Caroline Cyrier
     Mr. Michael G. Graham
     Ms. Melissa D. Hill
     Mr. Tyler James Hill
     Mr. David Keith Hudson
     Mr. Jon-William Nathaniel James
     Mr. Roland K. Johnson
     Ms. Amanda Marie Kates
     Mr. Royce A. Lemoine
     Mr. William A. Pigg