# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 16, 2025

Mr. William A. Pigg  
10455 N. Central Expressway  
Suite 109  
Dallas, TX 75231

    No. 24-10543   Yan v. State Bar of Texas  
                     USDC No. 4:23-CV-758

Dear Mr. Pigg,

The deadline to file the appellee's brief expired on November 6, 2024, see Fed. R. App. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will submit the case to the court on the record and briefs already on file.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              */s/ Mary Frances Yeager*

                              By: _____  
                              Mary Frances Yeager, Deputy Clerk  
                              504-310-7686

cc:  Ms. Caroline Cyrier  
     Mr. Michael G. Graham  
     Ms. Melissa D. Hill  
     Mr. Tyler James Hill  
     Mr. David Keith Hudson  
     Mr. Jon-William Nathaniel James  
     Mr. Roland K. Johnson  
     Ms. Amanda Marie Kates  
     Mr. Royce A. Lemoine  
     Mr. Conghua Yan