# United States Court of Appeals for the Fifth Circuit

———

Case No. 24-10543

————

CONGHUA YAN,

                                         *PLAINTIFF - APPELLANT*

V.

THE STATE BAR OF TEXAS, A PRIVATE COMPANY; THE BARROWS FIRM, A PRIVATE COMPANY; LESLIE STARR BARROWS, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS; WILLIAM ALBERT PIGG, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE OF TEXAS; SAMANTHA YBARRA, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS; LUIS JESUS MARIN, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS, AND OFFICIAL CAPACITY AS ASSISTANT DISCIPLINARY COUNSEL FOR THE OFFICE OF THE CDC; DANIEL EULALIO MARTINEZ, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS, AND OFFICIAL CAPACITY AS ASSISTANT DISCIPLINARY COUNSEL FOR THE OFFICE OF THE CDC; RACHEL ANN CRAIG, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS, AND OFFICIAL CAPACITY AS ASSISTANT DISCIPLINARY COUNSEL FOR THE OFFICE OF THE CDC; LORI L. DEANGELIS, IN INDIVIDUAL CAPACITY, AS MEMBER OF THE STATE BAR OF TEXAS, AND OFFICIAL CAPACITY AS ASSOCIATED JUDGE; U.S. BANK,

                                           *DEFENDANTS – APPELLEES*

———————

*On Appeal from the United States District Court for the Northern District of Texas*
*Civil Action No. 4:23-CV-00758-P*

———————

**APPELLEES, THE STATE BAR OF TEXAS, LUIS JESUS MARIN, DANIEL EULALIO MARTINEZ, AND RACHEL ANN CRAIG'S RESPONSE TO APPELLANT'S UNOPPOSED MOTION TO SUBMIT JUDICIAL NOTICE**

———————

TO THE HONORABLE JUDGES OF THE FIFTH CIRCUIT:

Appellant, Conghua Yan, has filed an <u>Unopposed Motion to Submit Judicial Notice</u>, representing that Appellees – the State Bar of Texas, Luis Jesus Marin, Daniel Eulalio Martinez, and Rachel Ann Craig – do not oppose the relief requested therein. [Doc. 81]. Appellees herein clarify their ***opposition*** to Appellant's referenced motion.

Appellant first sought a conference on his proposed motion by e-mail, sent on January 9, 2025. Appellant's e-mail request did not provide the proposed motion or specify the substance of the proposed motion beyond: (1) its subject line, which read in relevant part "Conference to file a motion to submit judicial notice involving SBTX"; and (2) the statement, "For the rest of the parties, you may either remain unopposed to demonstrate your irrelevance with the alleged RICO enterprise, or collectively oppose and potentially aid the RICO enterprise under a conspiracy theory." Appellee's counsel initially responded to Appellant's generic, undescribed proposed motion for judicial notice as "unopposed."

At 8:52 A.M., January 13, 2025, counsel for Appellee, Judge Lori DeAngelis, e-mailed Appellant seeking a copy of his proposed motion, to evaluate Appellant's conference request. Roughly an hour later, Appellant apparently submitted his

motion for filing to the Court, though he did not copy any of the parties at that time.[1] Rather, approximately six hours after that, Appellant forwarded to the parties his "served copy of the filing MOTION TO SUBMIT JUDICIAL NOTICE," which contained the State Bar of Texas Executive Committee Meeting agenda for January 9, 2025, and included – inappropriately – additional conclusory arguments that misrepresented what said agenda represented and Appellees' involvement and/or actions related to said meeting. It was not clear at that time whether Appellant's motion had actually been submitted for filing or, if it had been, whether it had been accepted by the clerk.

The following morning, the undersigned counsel contacted Appellant to inform him that Appellees were opposed to his motion: (1) to the extent Appellant was asking the Court to take judicial notice of a State Bar of Texas Executive Committee Meeting agenda for anything other than the facts that such agenda indicated a meeting was to be held on January 9, 2025 (well after the events Appellant complained of in his underlying lawsuit) and/or that such agenda did not expressly reference his case; and (2) because the agenda he was seeking judicial notice of does not provide the sort of "adjudicative facts" subject to such notice per FED. R. EVID. 201. Further, Appellees requested that if Appellant intended to pursue

---

[1] Appellant's Certificate of Conference represented at least some appellees, including Judge DeAngelis, had indicated no opposition to the motion.

his request, that he also disclose to the Court additional State Bar of Texas Executive Committee Meeting agendas for meetings held on: March 21, 2024; January 9, 2024; and September 7, 2023; as well as a State Bar of Texas Board of Directors Meeting agenda for September 29, 2023.[2] Each such agenda **did** expressly reference Appellant's case as a potential agenda item.

## PRAYER

WHEREFORE PREMISES CONSIDERED, Appellees, the State Bar of Texas, Luis Jesus Marin, Daniel Eulalio Martinez, and Rachel Ann Craig, hereby note their opposition to Appellant's <u>Unopposed Motion to Submit Judicial Notice</u>, and request the Court deny Appellant's request for the foregoing reasons.

Respectfully submitted,

SEANA WILLING
CHIEF DISCIPLINARY COUNSEL

MICHAEL GRAHAM
APPELLATE COUNSEL

---

[2] Those agendas are publicly available online at: https://www.texasbar.com/AM/Template.cfm?Section=Meeting_Agendas_and_Minutes&Template=/CM/ContentDisplay.cfm&ContentID=63469; https://www.texasbar.com/AM/Template.cfm?Section=Meeting_Agendas_and_Minutes&Template=/CM/ContentDisplay.cfm&ContentID=62591; https://www.texasbar.com/AM/Template.cfm?Section=Meeting_Agendas_and_Minutes&Template=/CM/ContentDisplay.cfm&ContentID=61235; and, https://www.texasbar.com/AM/Template.cfm?Section=Meeting_Agendas_and_Minutes&Template=/CM/ContentDisplay.cfm&ContentID=61595; respectively.

                                                _____
                                                ROYCE LEMOINE
                                                STATE BAR CARD NO. 24026421
                                                DEPUTY COUNSEL FOR ADMINISTRATION
                                                OFFICE OF THE CHIEF DISCIPLINARY COUNSEL
                                                COMMISSION FOR LAWYER DISCIPLINE
                                                STATE BAR OF TEXAS
                                                P.O. BOX 12487
                                                AUSTIN, TEXAS 78711-2487
                                                512.427.1350; FAX: 512.427.4253
                                                royce.lemoine@texasbar.com

## CERTIFICATE OF SERVICE

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit by using the appellate CM/ECF system on January 23, 2025. I certify that all participants in the case are registered CM/ECF users, and that service will be accomplished by the appellate CM/ECF system.

                                              _____
                                              ROYCE LEMOINE

## CERTIFICATE OF COMPLIANCE

This response complies with the type-volume limitation of FED R. APP. P. 27(d)(2) because this response contains 557 words, as computed by the word-processing system used to prepare this response.

This response complies with the typeface requirements of FED R. APP. P. 32(a)(5) and the type of style requirements of FED. R. APP. P. 32(a)(6), as incorporated by FED. R. APP. P. 27(d)(1)(E), because this response has been prepared in a proportionally spaced typeface using Microsoft Word in Times New Roman font 14-point type face.

_____
ROYCE LEMOINE

Dated: January 23, 2025.