# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

January 23, 2025

Mr. Conghua Yan  
2140 E. Southlake Boulevard  
Suite L-439  
Southlake, TX 76092

    No. 24-10543    Yan v. State Bar of Texas  
                         USDC No. 4:23-CV-758

Dear Mr. Yan,

We are not filing or taking action on your reply brief because it is premature. When you receive notice of the last appellee's brief having been filed, you must notify this office in writing if you want the premature reply brief filed. Or, you may file a reply brief as to all appellees' briefs, if necessary.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Mary Frances Yeager, Deputy Clerk  
                            504-310-7686

cc:  Ms. Caroline Cyrier  
     Mr. Michael G. Graham  
     Ms. Melissa D. Hill  
     Mr. Tyler James Hill  
     Mr. David Keith Hudson  
     Mr. Jon-William Nathaniel James  
     Mr. Roland K. Johnson  
     Ms. Amanda Marie Kates  
     Mr. Royce A. Lemoine  
     Mr. William A. Pigg