# Case No. 24-10543

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Conghua Yan,

*Plaintiff - Appellant*

v.

State Bar of Texas, a private company; Barrows Firm, a private company; Leslie Starr Barrows, in Individual Capacity, as Member of the State Bar of Texas; William Albert Pigg, in Individual Capacity, as Member of the State of Texas; Samantha Ybarra, in Individual Capacity, as Member of the State Bar of Texas; Luis Jesus Marin, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Daniel Eulalio Martinez, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Rachel Ann Craig, in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC; Lori L. Deangelis, in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Assistant Judge; U.S. Bank,

*Defendants - Appellees*

On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division
Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

## APPELLANT'S UNOPPOSED SECOND MOTION FOR EXCESSIVE REPLY BRIEFING SIZE

Coming now, pursuant to Federal Rules of Appellate Procedure 26 and 27 and local rules, Appellant Conghua Yan ("Yan" or "Appellant") hereby **requests** an excessive size of the Reply Brief, currently due on February 24, 2025. This is Yan's **second** noticed motion for an excessively sized Reply Brief.

Yan requests an additional 700 words on top of the 19,000 words originally granted by this Court. All Appellees have graciously stated that they do not oppose this request.

The only materially additional changes are in section XIV and Conclusion.

## Procedural History

In 2024, all Appellees graciously consented, this Court had granted Appellant to file Reply Brief with exceeded size of 19,000 words. On February 3, 2025, this Court notified Appellant to file Reply Brief, set due date on February 24, 2025.

## Good Cause for the Extension

This extension is necessary and justified for following reasons:

1. **Complexity of the Reply Brief**: This case involves several unprecedented issues, and Appellant is committed to producing a high-quality reply brief that requires full developed arguments. An extra few hundred words do not prejudice any party.

## CONCLUSION

For these reasons, Yan prays this Court to grant his requested relief.

Yan has attached the Reply Brief in the Appendix of this motion and hereby files it.

Alternatively, if the Court denies this motion, Yan requests the Court to consider the previously filed [Dkt 83] as his Reply Brief.

Respectfully submitted,

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

# UNSWORN DECLARATION UNDER PENALTY OF PERJURY

*28 U.S.C. § 1746*

My name is Conghua Yan. I am over the age of 18, and I am fully competent to execute this unsworn declaration. I am the movant in this Motion. I am the pro se litigant filing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on February 14, 2025.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff

# CERTIFICATE OF CONFERENCE

On February 3, 2025, Yan conferred with all Appellees. All Appellees graciously unopposed above request.

    /s/ Conghua Yan  
Conghua Yan, Pro Se Plaintiff  
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]  
[214-228-1886] [arnold200@gmail.com]

# CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on February 14, 2025, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]
February 14, 2025
