# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

February 20, 2025

Mr. Conghua Yan  
2140 E. Southlake Boulevard  
Suite L-439  
Southlake, TX 76092

    No. 24-10543    Yan v. State Bar of Texas  
                         USDC No. 4:23-CV-758

Dear Mr. Yan,

We received your motion to file oversize reply brief by an additional 700 words. The Court previously allowed 19,000 words so your brief containing 18,000 words (or 18,700) is acceptable.

                         Sincerely,

                         LYLE W. CAYCE, Clerk

                         By: _____  
                         Mary Frances Yeager, Deputy Clerk  
                         504-310-7686

cc:  Ms. Caroline Cyrier  
     Mr. Michael G. Graham  
     Ms. Melissa D. Hill  
     Mr. Tyler James Hill  
     Mr. David Keith Hudson  
     Mr. Jon-William Nathaniel James  
     Mr. Roland K. Johnson  
     Ms. Amanda Marie Kates  
     Mr. Royce A. Lemoine  
     Mr. William A. Pigg