# Case No. 24-10543

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

Conghua Yan,

*Plaintiff - Appellant*

v.

State Bar of Texas, et al.,

*Defendants - Appellees*

On Appeal from the United States District Court for the
Northern District of Texas, Fort Worth Division
Civil Action No. 4:23-CV-00758-P, The Hon. Mark T Pittman, Presiding

# APPELLANT'S UNOPPOSED MOTION TO SUBMIT FOURTH JUDICIAL NOTICE

Coming now, Appellant Conghua Yan ("Yan" or "Appellant") hereby requests the Court take the unopposed submission of fourth judicial notice of the documents listed below in connection with Opening Brief, pursuant to Federal Rule of Evidence 201.

## I.   ARGUMENTS AND AUTHORITIES

A. Federal Rule of Evidence allows judicial notice of newly available public documents.

"[I]t is appropriate in ruling on a motion to dismiss to take "judicial notice of publicly available documents and transcripts."[1]" *La. Highway St. Gabriel, LLC v. LVS II Spe I, LLC (In re La. Highway St. Gabriel, LLC)*, CASE NO. 20-10824, 5-6 (Bankr. M.D. La. Jun. 21, 2021).

"The Court takes judicial notice of the facts … as they are "not subject to reasonable dispute because [they] . . . can be accurately and readily determined from [a source] whose accuracy cannot reasonably be questioned." See FED. R. EVID. 201(b)" *George v. SI Grp.*, No. 20-40427, 4 n.[2] (5th Cir. Nov. 2, 2021).

B. This notice contains links of Texas Office of Court Administration regulation that became newly available after around **May 1, 2025**, subsequent to briefs submission.

---

[1] *Funk v. Stryker Corp.*, 631 F.3d 777, 783 (5th Cir. 2011) (citing *Norris v. Hearst Trust*, 500 F.3d 454, 461 n. 9 (5th Cir. 2007)). *See also Basic Capital Management, Inc. v. Dynex Capital, Inc.*, 976 F.3d 585, 589 (5th Cir. 2020) (holding that Fed. R. Evid. 201(d) expressly provides that a court 'may take judicial notice at any state of the proceeding,' and Fifth Circuit precedents confirm judicially noticed facts may be considered in ruling on a 12(b)(6) motion)." *La. Highway St. Gabriel* at 7 n.18.

The following regulations were available after May 1, 2025[2].

- **Appendix A**: [District Court Civil Suits and Actions (Effective 01/01/22)](#).
- **Appendix B**: [District Court Civil Filing Fees (Effective 01/01/22)](#).

Yan highlights following pages 1-2 of Appendix A for this Court's attention:



Most importantly, Yan highlights page 19 of Appendix A for this Court's attention:

[2] https://www.txcourts.gov/publications-training/publications/filing-fees-courts-costs/civil/district-courts/

**I.B.9.  Petition for Qualified Domestic Relations Order**

| Fee Type | Amount |
|---|---|
| **I. Statewide Required Filing Fees** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

NOTE:    *The petition is filed in the court that rendered the original divorce decree, but it is treated as an original filing. See §§9.101 and 9.102, Family Code.*

The evidence facially establishes that, under Texas law, the filing fee for an interim motion for attorney fee in a family law case is $**0 (no fee motion)**, whereas a petition for a QDRO—filed as an original proceeding in district court following the entry of a final divorce decree in the underlying family law case—is assessed a filing fee of $**350 ($213 + $137 at page 48)**.

Accordingly, the State of Texas is a *Texas Penal Code Sec. 31.04*, theft of service victim, incurs a **decade long, statewide** *treasury loss of $350* for *each* QDRO temporary order fraudulently rendered by associate judge/county employee under the guise of a civil **action** for interim attorney's fees within the divorce case, thereby *circumventing* the statutorily required, distinct $**350** original filing fee applicable to QDRO proceedings.

Additionally or alternatively, pursuant to the Texas Disciplinary Rules of Professional Conduct Rule 1.06(b): in other situations and except to the extent permitted by paragraph (c), a lawyer[/prosecutor/State Bar of Texas counsel] shall not represent a person[associate judge/county employee/State Bar of Texas employee] if the representation of that person [associate judge/county employee/State Bar of Texas employee]: (1) involves a substantially related matter in which that person's interests are materially and directly adverse to the interests of [the State of Texas]; or (2) reasonably appears to be or become adversely limited by the lawyer[/prosecutor//State Bar of Texas counsel] or law firm[/State Bar of Texas/DA office]'s responsibilities to [the State of Texas].

## CONCLUSION

Yan respectfully requests that this Court grant his motion to submit this judicial notice and accept the Appendix A and B as part of the record.

Respectfully submitted,

/s/ Conghua Yan
Conghua Yan, Pro Se Plaintiff
[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]
[214-228-1886] [arnold200@gmail.com]

<u>UNSWORN DECLARATION UNDER PENALTY OF PERJURY</u>

*28 U.S.C. § 1746*

My name is Conghua Yan. I am over the age of 18, and I am fully competent to execute this unsworn declaration. I am the movant in this Motion. I am the pro se litigant filing the Motion.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 31, 2025.

<u>/s/ Conghua Yan</u>
Conghua Yan, Pro Se Plaintiff

# CERTIFICATE OF CONFERENCE

On May 31, 2025, Yan conferred with all Appellees.

William Albert Pigg; Lori L. DeAngelis; U.S. Bank; Barrows Firm; Leslie Starr Barrows; Samantha Ybarra; State Bar of Texas; Luis Jesus Marin; Daniel Eulalio Martinez; Rachel Ann Craig graciously unopposed this request.

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]

[214-228-1886] [arnold200@gmail.com]

## CERTIFICATE OF SERVICE

This is to certify that the foregoing document has been served in a manner in compliance with Rule 25(b) and (c) of the Fed. R. App. P., on June 1, 2025, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

/s/ Conghua Yan

Conghua Yan, Pro Se Plaintiff

[Conghua Yan] [2140 E Southlake Blvd, Suite L-439] [Southlake, Texas 76092]

[214-228-1886] [arnold200@gmail.com]

May 31, 2025

# Appendix A

# District Court Civil Cases and Actions

### Prepared by the Office of Court Administration (OCA)
### Effective January 1, 2022

**I.  Independent Civil Cases (Filing Fee)**

A.  Non-Family-Law Cases
    1. Civil Case (General)  ...............................................................3
    2. Condemnation Proceeding (Eminent Domain Case) ............................4
    3. Delinquent Tax Case .............................................................5
    4. Foreign Judgment ...............................................................6
    5. Fraudulent Lien Case ...........................................................7
    6. Petition for Non-Disclosure (Other Than Under §411.072, Gov't Code) ............8
    7. Order of Non-Disclosure (Under §411.072, Gov't Code) ....................9
    8. Transfer of Case From Another County ..........................................10


B.  Family-Law Cases
    1. Adoption of Adult  .............................................................11
    2. Adoption of Child ...............................................................12
    3. Annulment or Case to Declare Marriage Void (Involving Children) ................13
    4. Annulment or Case to Declare Marriage Void (Not Involving Children) ..........14
    5. Divorce (Involving Children)  ..................................................15
    6. Divorce (Not Involving Children) ..............................................16
    7. Emancipation of Minor / Name Change /Other Family Code Title 2 Cases ......17
    8. Foreign Judgment ...............................................................18
    9. Petition for Qualified Domestic Relations Order (QDRO) ................................19
  10. Protective Order Application  ...................................................20
  11. Suit Affecting Parent-Child Relationship (SAPCR) ...........................21
  12. Case to Enforce Divorce Decree ................................................22
  13. Transfer of Case from Another County – Not a SAPCR      ..............................23
  14. Transfer of Case from Another County – SAPCR.................................24
  15. UIFSA Case (Uniform Interstate Family Support Act) ......................................25

**II.  Actions Within Independent Civil Cases (Filing Fee)**

A.  Non-Family Law Actions
    1. Contempt Action (Motion for Contempt) ........................................26
    2. Counterclaim .....................................................................27
    3. Cross-Action (Cross-Claim)  ..................................................28
    4. Intervention .....................................................................29
    5. Motion for New Trial ...........................................................30
    6. Third-Party Petition ...........................................................31
    7. Interpleader .....................................................................32

      8. Appeal  ………………………………………………………………..33

  B.  Family-Law Actions
      1.  Administrative Writ of Income Withholding .....................................................34
      2.  Contempt Action (Motion for Contempt) – SAPCR ...........................................35
      3.  Contempt Action (Motion for Contempt) – Not SAPCR …. ...............................36
      4.  Counterclaim ......................................................................................................37
      5.  Cross-Action (Cross-Claim) ..............................................................................38
      6.  Intervention .......................................................................................................39
      7.  Motion for Enforcement .....................................................................................40
      8.  Motion for Modification (Motion to Modify) (Suit for Modification) ...............41
      9.  Motion for New Trial ..........................................................................................42
     10.  Motion to Revoke a Stay of License Suspension ...............................................43
     11.  Motion to Transfer Venue – SAPCR ..................................................................44
     12.  Notice of Application for Judicial Writ of Withholding .....................................45
     13.  Petition for License Suspension .........................................................................46
     14.  Request for Modified or Terminated Writ of Withholding……………………..47
     15.  Third-Party Petition ...........................................................................................48
     16.  Interpleader .............................................................……………………….49


**III.  Independent Civil Cases (No Filing Fee)**

  A.  Non-Family Law Cases
      1.  Motion for Judicial Review of Lien/Claim Documentation .............................50
      2.  Expunction Cases Filed Within 30 Days of Acquittal……………...………... 51

  B.  Family-Law Cases
      1.  Minor's Application for Order Authorizing Abortion w/out Parental Notice ....52

**IV.  Probate, Guardianship, and Mental Health Cases** …………..………………………53

## I.A.1.  Civil Case (General)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $213.00 |
|         (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

## I.A.2.  Condemnation Proceeding (Eminent Domain Case)

| Fee Type | Amount |
| --- | --- |
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

# I.A.3.  Delinquent Tax Case

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $213.00 |
|       (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

***NOTE:***     *If the plaintiff in a delinquent tax case is "a taxing unit" then the plaintiff does not have to pay any filing fees. Texas Tax Code § 33.49. A "taxing unit" is defined in Section 1.04 of the Tax Code to mean any political unit of the State that is authorized to impose, and is imposing, ad valorem property taxes (e.g., counties, cities and school districts). Because delinquent tax cases are always brought by taxing units, plaintiffs never pay filing fees in delinquent tax cases. But the calculation of filing fees in delinquent tax cases is not an empty exercise because often the filing fees are assessed as a court cost against an unsuccessful defendant.*

## I.A.4.  Foreign Judgment

A person filing a foreign judgment shall pay to the clerk the amount provided by law for filing the case in the courts of this state. *See* Civil Practice & Remedies Code, Section 35.007.

***NOTE*:**          *Currently, this is $350.00 or $360.00.*

## I.A.5.   Fraudulent Lien Case

| Fee Type | Amount |
| --- | --- |
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amount)*** | |
| (5) Fraudulent Judgment Lien/Fraudulent Lien or Claim Fee | $350.00 |
| **Total Filing Fees** | **$350.00** |


***NOTES*:**

    ***(a)***    *Senate Bill 41, 87th Legislature Session, increased the filing fee for cases filed under §12.005(a), Civil Practice & Remedies Code, from $15.00 to $350.00, which is the total fee for filing a civil case.*

    ***(b)***    *Senate Bill 41, 87th Legislature Session, repealed the language in §12.005(a) that prohibited a clerk from assessing any other fee, cost, charge, or expense in connection with a fraudulent lien case.*

    ***(c)***    *Senate Bill 41, 87th Legislative Session, repealed the language in §12.005(b) that authorized a $20 service of notice fee and the cost of certified mail.*

    ***(d)***    *Senate Bill 41, 87th Legislative Session, repealed the language in §12.005(d) that allowed a court to assess additional fees.*

    ***(e)***    *Fraudulent lien cases include all cases for which a cause of action is created in Chapter 12 of the Civil Practice & Remedies Code. These cases may seek the recovery of damages. They differ from "motions for judicial review of lien/claim documentation," which are independent civil cases that do not seek damages and are filed under Chapter 51, Government Code (See III.A.1.).*

### I.A.6.  Petition for Nondisclosure
### (Other Than Under §411.072, Gov't Code)

| Fee Type | Amount |
|---|---|
| **I. Statewide Required Filing Fees** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

**NOTES:**

(a) *Senate Bill 41, 87th Legislature Session, amended §411.0745(b) to repeal the $28 fee that must accompany a petition for an order of nondisclosure, so clerks can no longer assess the fee, unless the order is issued under §411.072.*

(b) *The above fees do <u>not</u> apply to orders of nondisclosure issued under §411.072, Gov't Code, as defendants are not required to file a petition for an order under the section.[1]*

---

[1] Section 411.072, Gov't Code, does not require a defendant to file a petition for an order of nondisclosure, so a clerk must not assess general filing fees when a defendant requests an order under §411.072. Compare the language of §411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.0736(b), Government Code. Unlike the aforementioned sections, §411.072(b) does not contain language requiring a defendant, "to petition the court" or "to file with the court …. a petition."

## I.A.6.  Order of Nondisclosure (Automatic)
## (Issued Under §411.072, Gov't Code)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (4) Fee for Order of Nondisclosure Under §411.072, Gov't Code | $28.00 |
| **Total Filing Fee** | **$28.00** |

*NOTES*:  **(a)**  *Senate Bill 41, 87th Legislature Session, did not repeal the $28.00 fee required before the court issues an order of nondisclosure under §411.072, Gov't Code.*

**(b)**  ***Do not assess the consolidated civil fees*** *on requests, petitions, or orders under §411.072, Gov't Code, as defendants are not required to file a petition for an order under the section.[2] OCA has provided a model letter for defendants to submit to the court. This letter is not a petition and should be used only if the court has not issued the order.*

---

[2] Section 411.072, Gov't Code, does not require a defendant to file a petition for an order of nondisclosure, so a clerk must not assess general filing fees when a defendant requests an order under §411.072. Compare the language of §411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.736(b), Government Code. Unlike the aforementioned sections, §411.072(b) does not contain language requiring a defendant, "to petition the court" or "to file with the court …. a petition."

## I.A.7(1).   Transfer of Case From Another County

The fee for filing a non-family-law case transferred from another county is the same fee that would have been assessed had the case been filed in the receiving court. (*See Texas Rules of Civil Procedure, Rule 89*)


***NOTES***:       *(a)*     *The fee for filing a case transferred from **another** county follows the case.*

                          *(b)*     *This category includes cases transferred or received from **another county, not from another court in the same county***.

                          *(c)*     *This page does <u>not</u> apply to cases transferred pursuant to an appeal.*

                          *(d)*     *Unpaid costs incurred prior to the filing of the case are taxed against the plaintiff. The clerk shall notify the plaintiff or his attorney that the transfer has been completed, that the filing fee in the proper court is due and payable within thirty days of the mailing of notice, and that the case may be dismissed if the filing fee is not timely paid.*

# I.B.1.  Adoption of Adult

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:***     *This is <u>not</u> a suit affecting the parent-child relationship (SAPCR) case. See Family Code, Section 101.032.*

## I.B.2.  Adoption of Child

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***I. Statewide Required Filing Fees*** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| ***III. Statewide Required Filing Fees*** | | |
| *(Varying Amounts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**  **x ≥ $350.00***

*$350.00 is the fee if your county does not have a domestic relations office.

**NOTE**:  *This is a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply <u>if</u> the county has a domestic relations office.*

## I.B.3.  Annulment or Case to Declare Marriage Void (Involving Children)

| Fee Type | Fee Range | Amount |
|---|---|---|
| **I. Statewide Required Filing Fees** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| **III. Statewide Required Filing Fees** | | |
| *(Varying Amounts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees** — **x ≥ $350.00***

*$350.00 is the fee if your county does not have a domestic relations office.

**NOTES:**   **(a)**   *This a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply if the county has a domestic relations office.*

**(b)**   ***Clerks file a report with the Vital Statistics Unit (VSU) for each annulment granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.***

**I.B.4.  Annulment or Case to Declare Marriage Void (Not Involving Children)**

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:*** *Clerks file a report with the Vital Statistics Unit (VSU) for each annulment granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

## I.B.5 Divorce (Involving Children)

| Fee Type | Fee Range | Amount |
|---|---|---|
| **I. Statewide Required Filing Fees** | | |
| *(Set Amounts)* | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| **III. Statewide Optional Filing Fees** | | |
| *(Varying Amts)* | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**          **x ≥ $350.00***

*$350.00 is the fee if your county does not have a Domestic Relations Office.

**NOTES:**

**(a)** *This a suit affecting the parent-child relationship (SAPCR), so filing fees Nos. (7) and (9) apply if your county has a domestic relations office.*

**(b)** *Clerks file a report with the Vital Statistics Unit (VSU) for each divorce granted. However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.*

# I.B.6.  Divorce (Not Involving Children)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $213.00 |
|       (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:***     *Clerks file a report with the Vital Statistics Unit (VSU) for each divorce granted.* ***However, effective January 1, 2022, clerks can no longer collect a $1.00 fee for each report filed, as Senate Bill 41 (87th Legislature Session) repealed §194.002(e), Health & Safety Code, the statute that authorized the fee.***

## I.B.7.  Emancipation of Minor / Name Change / Other Family Code Title 2 Cases

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

*NOTES:*    *(a)*    *Cases for the emancipation of a minor or a name change are authorized by Title 2, Family Code.  A suit for emancipation is a new case that should be filed in the county where the petitioner resides. This category of cases also includes two other suits authorized by Title 2 -- suits to hold parents liable for the conduct of a child and suits for damages for interference with one's possessory interest in a child.*

           *(b)*    *The above fees do <u>not</u> apply to a minor's application for an abortion without parental notice.*

           *(c)*    *These are not suits affecting the parent-child relationship (SAPCR). See Texas Family Code §101.032(b).*

           *(d)*    *A name change for a child is a new case that should be filed in the county where the child resides and does not have to be filed in a court with continuing exclusive jurisdiction (CEJ).  If the child is subject to the CEJ of a court, the clerk must send a copy of the name change order to the Vital Statistics Unit (VSU).*

## I.B.8.  Foreign Judgment

Texas has adopted the Uniform Enforcement of Judgments Act (UEFJA) which provides for the enforcement of a judgment of another state (known as a foreign judgment) simply by filing the foreign judgment with the clerk. See Civil Practice & Remedies Code Sections 35.002 and 35.003. Once filed, a foreign judgment has the same effect as a judgment of a Texas court. See Civil Practice & Remedies Code Section 35.003.  <u>A person filing a foreign judgment must pay the amount provided by law for filing the same or similar case in the courts of this state</u>. See Civil Practice & Remedies Code Section 35.007.

## I.B.9.  Petition for Qualified Domestic Relations Order

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:*** *The petition is filed in the court that rendered the original divorce decree, but it is treated as an original filing. See §§9.101 and 9.102, Family Code.*

# I.B.10.  Protective Order Application

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| | |
| **Total Filing Fees** | **$350.00** |

***NOTES:***

    ***(a)*** *Do <u>not</u> assess a fee, cost, charge, or expense in connection with the filing, serving, or entering of a protective order on an applicant for a protective order. See Family Code Section 81.002. Costs may be assessed against the subject of the order, if the order is granted, including the $16 fee for issuance of the order, absent a showing of good cause or indigency. See Family Code Section 81.003.*

    ***(b)*** *An application for a protective order filed while a divorce is pending may be filed where the case is pending <u>or</u> where the applicant resides, if in another county.*

    ***(c)*** *An application for a protective order filed after a divorce is final may be filed in the county of the divorce or in another county with jurisdiction.  If the application is filed in the county of the divorce, the application should be filed in the court that handled the divorce.*

## I.B.11. Suit Affecting Parent-Child Relationship (SAPCR)

| Fee Type | Fee Range | Amount |
|---|---|---|
| **I. Statewide Required Filing Fees** | | |
| **(Set Amounts)** | | |
| (1) Local Consolidated Civil Fee | - | $213.00 |
| (2) State Consolidated Civil Fee | - | $137.00 |
| **III. Statewide Optional Filing Fees** | | |
| **(Varying Amts)** | | |
| (7) DRO Initial Child Support Service Fee | $0.01 to $36.00 | $_____ |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |
| **Total Filing Fees** | | **x ≥ $350.00** |

*NOTES:*    *(a)*    *This category of cases includes all new SAPCR cases that are <u>not</u> adoptions or joined with cases for the dissolution of marriage (i.e., divorces, annulments, and cases to declare a marriage void). Examples of such cases are suits for the termination of parental rights and suits to establish paternity.*

         *(b)*    *Do <u>not</u> assess fees Nos. (7) and (9) <u>if</u> the county does not have a domestic relations office.*

## <u>I.B.12  Case to Enforce Divorce Decree</u>

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTE:*** *The case is filed in the court that rendered the divorce decree, but it is treated as an original case. This is not a suit affecting the parent-child relationship (SAPCR).*

## I.B.13  Transfer of Case from Another County – Not a SAPCR

The fee for filing a non-SAPCR family-law case transferred from another county is the same fee that would have been assessed had the case been filed in the receiving court.


*NOTES*:  (a)  *The fee for filing a case transferred from **another** county follows the case.*

(b)  *This category includes cases transferred or received from **another county, not from another court in the same county**.*

(c)  *This page does <u>not</u> apply to cases transferred pursuant to an appeal.*

(d)  *Unpaid costs incurred prior to the filing of the case are taxed against the plaintiff. The clerk shall notify the plaintiff or his attorney that the transfer has been completed, that the filing fee in the proper court is due and payable within thirty days of the mailing of notice, and that the case may be dismissed if the filing fee is not timely paid.*

## I.B.14  Transfer of Case from Another County – SAPCR

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (3) Transfer Fee | $45.00 |
| **Total Filing Fees** | **$45.00** |

**NOTE:**     *Section 110.005 of the Family Code authorizes a $45.00 fee for filing a suit affecting the parent-child relationship (SAPCR) transferred from **another** county. No other fee, cost, charge, or expense may be assessed with respect to the transfer.*

## I.B.15.  UIFSA Case (Uniform Interstate Family Support Act)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $213.00 |
| (2) State Consolidated Civil Fee | $137.00 |
| **Total Filing Fees** | **$350.00** |

***NOTES:***    **(a)**    *The petitioner does <u>not</u> have to pay a filing fee. See Family Code § 159.313(a). However, the tribunal may assess filing fees against the obligor (respondent) if the obligee (petitioner) prevails. Family Code, Section 159.313(b).*

                      **(b)**    *Proceedings filed under Texas Family Code Chapter 159 (UIFSA) are not suits affecting the parent-child relationship (SAPCR). See Texas Family Code § 101.032(b). Accordingly, SAPCR filing fees, i.e., (7) DRO Initial Child Support Service Fee and (9) DRO Initial Operations Fee, do not apply.*

## II.A.1. Contempt Action (Motion for Contempt)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:*** *This fee schedule does not apply to contempt actions filed in SAPCR cases.*

## II.A.2. Counterclaim

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:*** *This fee schedule does not apply to counterclaims filed in SAPCR cases.*

## II.A.3. Cross-Action (Cross-Claim)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:*** *This fee schedule does not apply to cross-actions filed in SAPCR cases.*

## II.A.4. Intervention

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:*** *This fee schedule does not apply to interventions filed in SAPCR cases.*

## II.A.5. Motion for New Trial

| Fee Type | Amount |
|---|---|
| *I. Statewide Required Filing Fees* | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

*NOTE:*     *This fee schedule does not apply to motions for new trial filed in SAPCR cases.*

## II.A.6. Third-Party Petition

| Fee Type | Amount |
|---|---:|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:*** *This fee schedule does not apply to third-party petitions filed in SAPCR cases.*

## II.A.7. Interpleader

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $35.00 |
|         (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

***NOTE:***      *This fee schedule does not apply to interpleaders filed in SAPCR cases.*

## II.A.8. Appeal

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

## II.B.1. Administrative Writ of Income Withholding

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***III. Statewide Optional Filing Fees*** *(Varying Amounts)* | | |
| (8) Administrative Writ of Income Withholding | $0.01 to $15.00 | $ _____ |
| **Total Filing Fees** | | **$** |

*NOTES:* **(a)** *These writs are issued by a Title IV-D agency or a Domestic Relations Office enforcing a child support obligation. Family Code, Section 158.501.*

**(b)** *Section 231.204 of the Family Code prohibits a clerk from charging a Title IV-D agency or Domestic Relations Office a filing fee other than one authorized by Section 231.202 of the Family Code, which authorizes this fee against such agency or DRO for filing an administrative writ of withholding under Section 158.503(d), Family Code. The fee must be a reasonable fee and cannot to exceed $15.00. See Section 158.503(d).*

## II.B.2. Contempt Action (Motion for Contempt) – SAPCR

| Fee Type | Amount |
| --- | --- |
| ***II. Statewide Optional Filing Fee*** | |
|     ***(Set Amounts)*** | |
|       (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

***NOTE:***     *These actions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not** **assess the consolidated civil fees on the filing of this action***.

## II.B.3. Contempt Action (Motion for Contempt) – Not a SAPCR

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.4 Counterclaim

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|         (1) Local Consolidated Civil Fee | $35.00 |
|         (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.5. Cross-Action (Cross-Claim)

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| *(Set Amounts)* | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.6. Intervention

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
| ***(Set Amounts)*** | |
| (1) Local Consolidated Civil Fee | $35.00 |
| (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.7. Motion for Enforcement

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***II. Statewide Optional Filing Fee*** | | |
| ***(Set Amount)*** | | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR) | - | $15.00 |
| ***III. Statewide Optional Filing Fee*** | | |
| ***(Varying Amount)*** | | |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                                                    **x ≥$15.00\***

\* $15.00 is the fee if your county does not have a domestic relations office.


***NOTES:***     ***(a)***     *These motions are filed in suits affecting the parent-child relationship (SAPCR). These are the only filing fees that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this motion***.

                      ***(b)***     *The DRO Initial Operations Fee is not considered a filing fee for purposes of Sections 110.002 and 110.003, Family Code (See §110.006(c), Family Code). Assess the fee if the county has a domestic relations office.*

## II.B.8. Motion for Modification (Motion to Modify) (Suit for Modification)

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***II. Statewide Optional Filing Fee*** | | |
| ***(Set Amounts)*** | | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | - | $15.00 |
| ***III. Statewide Optional Filing Fee*** | | |
| ***(Varying Amount)*** | | |
| (9) DRO Initial Operations Fee | $0.01 to $15.00 | $_____ |

**Total Filing Fees**                                          **x ≥$15.00***

*$15.00 is the filing fee if your county does not have a domestic relations office.

| | | |
|---|---|---|
| ***NOTES:*** | ***(a)*** | *These motions are filed in suits affecting the parent-child relationship (SAPCR). These are the only filing fees that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this motion.*** |
| | ***(b)*** | *The DRO Initial Operations Fee is not considered a filing fee for purposes of Sections 110.002 and 110.003, Family Code (See §110.006(c), Family Code). Assess the fee if the county has a domestic relations office.* |
| | ***(c)*** | *Although this action is sometimes referenced as a "suit for modification," the terminology is misleading, as this is not a new case but rather an attempt to modify an existing court order.* |

## II.B.9. Motion for New Trial

| Fee Type | Amount |
| --- | --- |
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$80.00** |

## II.B.10. Motion to Revoke a Stay of License Suspension

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
| ***(Set Amount)*** | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR cases) | $15.00 |
| **Total Filing Fees** | **$15.00** |

*NOTE:*    *These motions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code. **Do not assess the consolidated civil fees on the filing of this motion**.*

## II.B.11. Motion to Transfer Venue – SAPCR

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
|     ***(Set Amount)*** | |
|         (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

*NOTE:*    *These motions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this motion****.*

## II.B.12. Notice of Application for Judicial Writ of Withholding

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
|     ***(Set Amount)*** | |
|       (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

*NOTE:*      *These notices are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this notice.***

.

## II.B.13. Petition for License Suspension

| Fee Type | Amount |
|---|---|
| ***II. Statewide Optional Filing Fee*** | |
| ***(Set Amount)*** | |
| (6) Clerk's Basic Filing Fee (Actions within SAPCR's) | $15.00 |
| **Total Filing Fees** | **$15.00** |

*NOTE:*    *These petitions are filed in suits affecting the parent-child relationship (SAPCR). This is the only filing fee that may be assessed. See §110.002, Family Code.* ***Do not assess the consolidated civil fees on the filing of this petition.***

## II.B.14. Request to Modify or Terminate Writ of Withholding

| Fee Type | Fee Range | Amount |
|---|---|---|
| ***III. Statewide Optional Filing Fees*** | | |
| ***(Varying Amounts)*** | | |
| (10) Modifications/Terminations of Withholding Fee | $0.01 to $15.00 | $ _____ |
| **Total Filing Fee** | | **x ≤ $15.00** |

***NOTE:*** *See §158.403, Family Code.*

## II.B.15 Third-Party Petition

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

## II.B.16 Interpleader

| Fee Type | Amount |
|---|---|
| ***I. Statewide Required Filing Fees*** | |
|     ***(Set Amounts)*** | |
|       (1) Local Consolidated Civil Fee | $35.00 |
|       (2) State Consolidated Civil Fee | $45.00 |
| **Total Filing Fees** | **$ 80.00** |

### III.A.1. Motion for Judicial Review of Lien/Claim Documentation (Gov. Code Ch. 51)

There is no fee for filing this type of motion. Government Code §§51.902(d), 51.903(f).

### III.A.2. Expunction Cases Filed Within 30 Days Of Acquittal

If the defendant is acquitted and files a petition to expunge within 30 days of the acquittal, the filing fees, the $1 fee plus postage for each certified mailing of notice of hearing date, and the $2 fee plus postage for each certified mailing of the expunction order are waived. *See* Article 102.006(b), Code of Criminal Procedure.

### III.B.1. Minor's Application for Order Authorizing Abortion Without Parental Notice

There is no fee for filing this application. See §33.003(n), Family Code.

# IV. Probate, Guardianship, and Mental Health Cases

A district court handling probate, guardianship, or mental health cases that have been filed or transferred to the court under a provision of the Estates or Health & Safety Code should refer to the county-level court civil filing fees and county-level court civil cases and actions for applicable costs.

# Appendix B

# District Court Civil Filing Fees

## Prepared by the Office of Court Administration (OCA)
### Effective January 1, 2022

*I.  Statewide Required Filing Fees (Set Amounts)*
    1.  Local Consolidated Civil Fee .................................................................................2
    2.  State Consolidated Civil Fee ...............................................................................3
    3.  SAPCR Transfer Fee ...........................................................................................4
    4.  Fee for Orders of Nondisclosure Under §411.072 ..........................................4
    5.  Fraudulent Lien Suit Filing Fee ..........................................................................5
    6.  Jury Fee …………………………………………………………………...…………..6

*III. Statewide Optional Filing Fees (Set Amounts)*
    7.  Clerk's Basic Filing Fee (Actions within SAPCR) .......................................7

*IV. Statewide Optional Filing Fees (Varying Amounts)*
    8.  DRO Initial Child Support Service Fee ...................................................8
    9.  Administrative Writ of Income Withholding Fee ....................................8
  10.  DRO Initial Operations Fee .......................................................................9
  11.  Modifications/Terminations of Withholding Request Fee ...........................9

## *I.  Statewide Required Filing Fees (Set Amounts)*

**(1) LOCAL CONSOLIDATED CIVIL FEE**

<u>Source</u>:        Local Government Code §135.101

<u>Amount</u>:      (a) Any *new* civil case, except a probate, guardianship, or mental health case…………………………………………………………...$213.00
(b) Any subsequent filing or action in the case, other than an original filing or action subject to the fee in (a) above ……………...………..$35.00

<u>Statewide</u>:    Yes

<u>Applicability</u>:  $213.00 - All new *civil cases*, except those mentioned above and cases with no filing fee (*see* District Court Civil Cases and Actions – Part III); "*Civil cases*" includes family law cases, but <u>not</u> a SAPCR[1] transferred from another county (*see* page 24 of District Court Civil Cases and Actions) or juvenile law cases and proceedings under Title 3, Family Code. ***This fee does not apply*** to automatic orders of nondisclosure issued under §411.072, Gov't Code.

$35.00 - "Subsequent filing or action" includes appeals, counterclaims, cross-actions, interventions, interpleaders, motions for new trial, and third-party actions. ***However***, ***this fee does not apply to certain subsequent family-law filings and actions***, including administrative writs of income withholding (*see* page 34 of District Court Civil Cases and Actions), contempt actions in SAPCR cases (*see* page 35 of District Court Civil Cases and Actions), motions for enforcement in SAPCR cases (*see* page 40 of District Court Civil Cases and Actions); motions for modifications in SAPCR cases (*see* page 41 of District Court Civil Cases and Actions), motions to revoke a stay of license suspension in SAPCR cases (*see* page 43 of District Court Civil Cases and Actions), motions to transfer venue in SAPCR cases (*see* page 44 of District Court Civil Cases and Actions), notices of application for judicial writ of withholding in SAPCR cases (*see* page 45 of District Court Civil Cases and Actions), petitions for license suspension in SAPCR cases (*see* page 46 of District Court Civil Cases and Actions), and requests to modify or terminate writs of withholding (*see* page 47 of District Court Civil Cases and Actions).

<u>Local Option</u>:  No – Fee is mandatory.

<u>Destination</u>:  The county treasurer will allocate the fee, in accordance with §135.101(b) or (c), to some or all of the following accounts and funds:

---

[1] "SAPCR" means a suit affecting the parent-child relationship.

| (a) | Appellate Judicial System Fund |
| (b) | Court Facility Fee Fund |
| (c) | Clerk of the Court Account |
| (d) | County Records Management and Preservation Account |
| (e) | Court Reporter Service Fund |
| (f) | County Law Library Fund |
| (g) | Courthouse Security Fund |
| (h) | Language Access Fund |
| (i) | County Jury Fund |
| (j) | County Dispute Resolution Fund |

## (2) STATE CONSOLIDATED CIVIL FEE

Source:      Local Government Code §133.151

Amount:     (a) Any *new* civil, probate, guardianship, or mental health case…. $137.00
              (b) Any subsequent filing or action in the case (other than an original
                   filing or action subject to the fee in (a) above) ..………………$45.00

Statewide:   Yes

Applicability: $137.00 - All *new* civil, probate, guardianship, and mental health cases,
***except*** those with no filing fee (*see* District Court Civil Cases and Actions
– Part III); "*Civil cases*" includes family-law cases, but not a SAPCR
transferred from another county (*see* page 24 of District Court Civil Cases
and Actions) or juvenile law cases and proceedings under Title 3, Family
Code. ***This fee does not apply*** to automatic orders of nondisclosure issued
under §411.072, Gov't Code.

$45.00 – "Subsequent filing or action" includes appeals, counterclaims,
cross-actions, interventions, contempt actions, adverse probate actions,
interpleaders, motions for new trial, and third-party actions. ***This fee does
not apply to certain subsequent family-law filings and actions***, including
administrative writs of income withholding (*see* page 34 of District Court
Civil Cases and Actions), contempt actions in SAPCR cases (*see* page 35
of District Court Civil Cases and Actions), motions for enforcement in
SAPCR cases (*see* page 40 of District Court Civil Cases and Actions);
motions for modifications in SAPCR cases (*see* page 41 of District Court
Civil Cases and Actions), motions to revoke a stay of license suspension
in SAPCR cases (*see* page 43 of District Court Civil Cases and Actions),
motions to transfer venue in SAPCR cases (*see* page 44 of District Court
Civil Cases and Actions), notices of application for judicial writ of
withholding in SAPCR cases (*see* page 45 of District Court Civil Cases
and Actions), petitions for license suspension in SAPCR cases (*see* page
46 of District Court Civil Cases and Actions), and requests to modify or

terminate writs of withholding (*see* page 47 of District Court Civil Cases and Actions).

Local Option:  No – Fee is mandatory.

Destination:  The Comptroller will allocate the fee, in accordance with §133.151(c) or (d) to some or all of the following accounts and funds:
(a) State Judicial Fund
(b) Basic Civil Legal Services Account
(c) Statewide Electronic Filing System Fund
(d) Judicial And Court Personnel Training Fund
(e) County may retain interest earned on fee
(f) County **cannot** retain a service collection fee

***NOTE:***  SB 41 repealed §133.058(c), Local Gov't Code, and amended §133.058(d)(4), Local Gov't Code, to prohibit a service fee for the collection of this fee and the indigent legal services fee. On January 1, 2022, the indigent legal services fee will no longer exist as a standalone fee. Instead, a portion of this fee will be allocated to the Basic Civil Legal Services Account.

## (3) SAPCR TRANSFER FEE

Source:  Family Code §110.005

Amount:  $45.00

Statewide:  Yes

Applicability:  Any SAPCR case transferred from another county.

Local Option:  No – Fee is mandatory.

Destination:  County General Fund

## (4)  FEE FOR ORDERS OF NONDISCLOSURE UNDER §411.072  FOR CERTAIN NONVIOLENT MISDEMEANORS

Source:  Government Code §411.072

Amount:  $28.00

Statewide:  Yes

Applicability: If the court is required to issue an order of nondisclosure under §411.072(b), Government Code, the petitioner (defendant) must pay the fee before the court issues the order.

A defendant is <u>not</u> required to file a petition for an order under §411.072.[2] Therefore, general filing fees are <u>not</u> authorized. OCA has provided a model letter for defendants to submit to the court. The letter is not a petition and should be used only if the court has not performed its duties under §411.072[3] when required.

Local Option: No – Fee is mandatory

Destination: 100% of the fee is retained by the county[4]

***NOTE:*** Although SB 41 amended §411.0745(b), Gov't Code, to repeal the $28 fee that must accompany a petition for an order of nondisclosure, it did not repeal the $28 fee that a petitioner must pay before an automatic order of nondisclosure issues under §411.072, Gov't Code.

## (5) FRAUDULENT JUDGMENT LIEN/ FRUADULENT LIEN OR CLAIM FEE

Sources: Civil Practice & Remedies Code §12.005

Amount: Same as the fee for filing an original civil case (Currently, $350.00)

Statewide: Yes

Applicability: New fraudulent lien cases

Local Option: No – Fee is mandatory

Destination: See <u>Destination</u> for the local and state consolidated civil fees in (1) and (2) above, respectively.

*NOTE*: SB 41 repealed subsections (b) and (d) of §12.005, Civil Practice & Remedies Code. Effective January 1, 2022, the fee for filing an action under §12.005 is the fee that generally applies to the filing of a civil case. The $20 fee for notice of service of this action is repealed. However, a

---

[2] Compare the language of § 411.072(b) with the language of §§411.0725(b), 411.0727(b), 411.0728(b), 411.073(b), 411.0731(b), 411.0735(b), and 411.0736(b). Unlike these other sections, Section 411.072(b) does not contain a sentence with language the same as or similar to, "the person may petition the court" or "the person is entitled to file with the court…. a petition."

[3] The court is mandated to take certain actions if a defendant receives a discharge and dismissal under Article 42A.111, Code of Criminal Procedure, of a qualifying case (*See §411.072(a) for what constitutes a qualifying case*).

[4] Senate Bill 41, 87th Legislature Session, repealed §411.077(a), Gov't Code, which required the clerk to remit the fee to the Comptroller.

clerk may assess an $8.00 service fee for the notice, as authorized by §51.318(b)(2), Gov't Code.

**(6) JURY FEE**

Sources:     Texas Rules of Civil Procedure, Rule 216

Amount:      $10.00

Statewide:   Yes

Applicability: Upon filing of a written jury demand

Local Option: No – Fee is mandatory

Destination:  County General Fund.

*NOTE*:      SB 41 did not repeal or prohibit the application of TRCP Rule 216, so clerks can collect a $10.00 jury fee when a written jury demand is made in a case filed after January 1, 2022.

The situation is more complicated when a written jury demand is made on or after January 1, 2022 in a case filed before that time. Some appellant courts may find that the $10.00 fee cannot be assessed on cases filed before January 1, 2022, regardless of when the jury demand is made. However, we believe the fee is assessed at the amount in effect when the demand is made, not when the case is filed, as this is a service fee. Our position is that the $10.00 fee can be assessed on all jury demands made after January 1, 2022, even if the case was filed prior to that date.

Hopefully, the Legislature will address this issue next session. In the meantime, each court must decide on which approach to take.

*__II.  Statewide Optional Filing Fees (Set Amounts)__*

**(7)  CLERK'S BASIC FILING FEE (ACTIONS WITHIN SAPCR)**

<u>Source</u>:        Family Code §110.002

<u>Amount</u>:        $15.00

<u>Statewide</u>:      Yes

<u>Applicability</u>:  (a)  The following actions in a SAPCR case:
- contempt action (motion for contempt)
- motion for enforcement
- motion for modification (motion to modify)(suit for modification)
- motion to revoke a stay of license suspension
- motion to transfer
- notice of application for judicial writ of withholding
- petition for license suspension

<u>Local Option</u>:  Yes – Clerk "may" collect this fee

<u>Destination</u>:   County General Fund

(OCA 04/13/2022)                                           7

## (8)  DRO INITIAL CHILD SUPPORT SERVICE FEE

Source:          Family Code §203.005(a)(2)

Amount:          $0.01 to $36.00

Statewide:       Yes

Applicability:   All new SAPCR cases (does <u>not</u> include motions to modify or enforce)

Local Option:    Yes –
                (a) Fee can be collected if the Commissioners Court establishes a Domestic Relations Office, <u>and</u> the county enters into a "child support cooperative agreement" with the Title IV-D Agency.
                (b) "Administering Entity" (either Commissioners Court or Juvenile Board) "may" authorize collection of the fee.
                (c) Administering Entity sets fee amount and provides for exemptions.

Destination:     Either of the following two funds:
                (a) County General Fund
                (b) County Domestic Relations Office Fund

## (9)  ADMINISTRATIVE WRIT OF INCOME WITHHOLDING FEE

Source:          Family Code §158.503

Amount:           $0.01 to $15.00

Statewide:       Yes

Applicability:   Administrative writs of income withholding filed in SAPCR cases

Local Option:    Yes –
                (a) Clerk "may" charge the fee
                (b) Clerk sets fee amount

Destination:     County General Fund

*NOTE*:          Section 231.204, Family Code, prohibits a clerk from assessing a filing fee against a Title IV-D agency or Domestic Relations Office, unless such fee is authorized by §231.202 of the Family Code, which authorizes a

reasonable fee not to exceed $15.00 for filing an administrative writ of withholding under §158.503(d), Family Code.

**(10) DRO INITIAL OPERATIONS FEE**

Source:      Family Code §203.005(a)(1)

Amount:      $0.01 to $15.00

Statewide:      No -- Only in counties that have established a Domestic Relations Office

Applicability:      All new SAPCR cases and all motions to modify and motions to enforce in SAPCR cases

Local Option:      Yes –
(a) Fee can be collected if Commissioners Court establishes a County Domestic Relations Office.
(b) "Administering Entity" (either Commissioners Court or Juvenile Board) "may" authorize collection of the fee.
(c) Administering entity sets the fee amount and provides for exemptions.

Destination:      Either of the following two funds:
(a) County General Fund
(b) County Domestic Relations Office Fund

**(11) MODIFICATIONS/TERMINATIONS OF WITHHOLDING REQUEST FEE**

Source:      Texas Family Code §158.403

Amount:      $0.01 to $15.00

Statewide:      Yes

Applicability:      All requests for the issuance and delivery to a child support obligor of a modified writ of withholding or notice of termination of withholding.

Local Option:      Yes – District Clerk "may" set fee

Destination:      County General Fund