# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

July 09, 2025

Ms. Melissa D. Hill
Morgan Lewis & Bockius, L.L.P.
101 Park Avenue
New York, NY 10178-0060

Mr. David Keith Hudson
Tarrant County Criminal District Attorney
Civil Division
401 W. Belknap Street
Fort Worth, TX 76102

Mr. Jon-William Nathaniel James
Harris, Finley & Bogle, P.C.
777 Main Street
Suite 1800
Fort Worth, TX 76102

Mr. Royce A. Lemoine
State Bar of Texas
1414 Colorado Street
Austin, TX 78701

    No. 24-10543   Yan v. State Bar of Texas
                        USDC No. 4:23-CV-758

Dear Counsel,

You must submit the 7 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellees' brief must be red. Appellees' Record excerpts must be white and contain physical tabs. Appellant's reply brief must be gray**.

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

                                       Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Kim M. Pollard, Deputy Clerk
                                        504-310-7635

cc:
    Ms. Caroline Cyrier
    Mr. Michael G. Graham
    Mr. Tyler James Hill
    Mr. Roland K. Johnson
    Ms. Amanda Marie Kates
    Mr. William A. Pigg
    Mr. Conghua Yan