# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
July 9, 2025
Lyle W. Cayce
Clerk

No. 24-10543

CONGHUA YAN,

*Plaintiff—Appellant,*

versus

THE STATE BAR OF TEXAS, *a private company*; THE BARROWS FIRM, *a private company*; LESLIE STARR BARROWS, *in Individual Capacity, as Member of the State Bar of Texas*; WILLIAM ALBERT PIGG, *in Individual Capacity, as Member of the State of Texas*; SAMANTHA YBARRA, *in Individual Capacity, as Member of the State Bar of Texas*; LUIS JESUS MARIN, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; DANIEL EULALIO MARTINEZ, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; RACHEL ANN CRAIG, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; LORI L. DEANGELIS, *in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Associated Judge*; U.S. BANK,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

_____

ORDER:

IT IS ORDERED that the Appellant's motion for case to be reassigned to a different district judge outside the State of Texas upon remand is CARRIED WITH THE CASE.

IT IS FURTHER ORDERED that the Appellant's motions for judicial notice are CARRIED WITH THE CASE.

        /s/ Jerry E. Smith
        JERRY E. SMITH
        *United States Circuit Judge*