# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 29, 2025
Lyle W. Cayce
Clerk

No. 24-10543

Conghua Yan,

          *Plaintiff—Appellant*,

versus

The State Bar of Texas, *a private company*; The Barrows Firm, *a private company*; Leslie Starr Barrows, *in Individual Capacity, as Member of the State Bar of Texas*; William Albert Pigg, *in Individual Capacity, as Member of the State of Texas*; Samantha Ybarra, *in Individual Capacity, as Member of the State Bar of Texas*; Luis Jesus Marin, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Daniel Eulalio Martinez, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Rachel Ann Craig, *in Individual Capacity, as Member of the State Bar of Texas, and Official Capacity as Assistant Disciplinary Counsel for the Office of the CDC*; Lori L. Deangelis, *in Individual Capacity, as member of the State Bar of Texas, and Official Capacity as Associated Judge*; U.S. Bank,

          *Defendants—Appellees*.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:23-CV-758

JUDGMENT

Before Elrod, *Chief Judge,* Clement, and Haynes, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED for lack of jurisdiction and REMAND to the district court for further proceedings.

IT IS FURTHER ORDERED that appellant pay to appellees the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.